IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>Any and all Funds in Wachovia<br>Securities L.L.C.<br>Account # 5528-1064<br><br>and<br><br>Any and all Funds in Wachovia<br>Securities L.L.C.<br>Account # 5528-0981<br>    Defendants | Civil Action No. 07-1523 (CKK) |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk shall please enter the appearance of Kirby D. Behre with the firm of Paul, Hastings, Janofsky & Walker LLP as counsel for Martin McLaren and Patricia McLaren, Claimants in the above-captioned matter.

Respectfully submitted,

/s/Kirby D. Behre
Kirby D. Behre (D.C. Bar # 398461)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 15th Street, NW
Washington, D.C. 20005
(202) 551-1700

*Attorney for Claimants Martin McLaren and Patricia McLaren*