IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>  v.<br><br>Any and all Funds in Wachovia<br>Securities L.L.C.<br>Account # 5528-1064<br><br>and<br><br>Any and all Funds in Wachovia<br>Securities L.L.C.<br>Account # 5528-0981<br>   Defendants | Civil Action No. 07-1523 (CKK) |

CLAIMANT MARTIN MCLAREN'S VERIFIED STATEMENT OF INTEREST

COMES NOW, the Claimant Martin McLaren, by and through his undersigned counsel, and in compliance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions, and hereby asserts an interest and right in any and all funds in Wachovia Securities L.L.C. Account #5528-0981, held in the name of Martin McLaren. The Claimant asserts that any and all funds in this account are his property. By virtue of Claimant's legal possession of and control over the account, Claimant claims the right to defend this action and demands restitution of any and all sums contained therein.

Respectfully submitted,

/s/Kirby D. Behre
───────────────────────

Kirby D. Behre
Matthew Stowe
District of Columbia Bar # 398461
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

October 2, 2007
LEGAL_US_E # 76632219.1

Civil Action No. 07-1523

## VERIFICATION

I, MARTIN MCLAREN, hereby depose and state under oath as follows:

I have read the foregoing Verified Statement of Interest and know its contents. The statements contained in this Verified Statement of Interest are true to the best of my knowledge and belief.

                                                              Dr. Martin McLaren
                                                              AFFIANT

Sworn to and subscribed before me this \_\_1\_\_ day of ~~September~~ October, 2007.

_____
NOTARY PUBLIC

My commission expires  3-1-2009

KRISTIAN PRICE-FANKHAUSER
NOTARY PUBLIC
STATE OF MARYLAND
MONTGOMERY COUNTY
My Commission Expires March 1, 2009

Civil Action No. 07-1523

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Claimant Martin McLaren's Verified Statement of Interest was served Tuesday, October 2, 2007, by regular mail upon Diane G. Lucas, Assistant United States Attorney, United State's Attorney's Office, 555 4th Street, N.W., Room 4822, Washington, DC 20530.

       /s/Kirby D. Behre
Kirby D. Behre
Matthew Stowe
District of Columbia Bar # 398461
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC 20005
(202) 551-1700 (o)
(202) 551-0171 (f)