# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07cv1523 (CKK) |
| **DEFENDANT** Any and all Funds in Wachovia Securities L.L.C. Account #5528-1064 and Any and all Funds in Wachovia Securities L.L.C. Account #5528-0981 | **TYPE OF PROCESS** Complaint and Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wachovia Securities, L.L.C.
Attn: Mr. Domenic Raimo, Legal Division   (212) 214-2294 Phone

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)   (212) 214-2335 Fax
One New York Plaza
New York, New York 10004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Diane G. Lucas
Assistant United States Attorneys
555 Fourth Street, NW, 4th Floor
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID Nos.: 07-FBI-004184 and 07-FBI-004185

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
DIANE G. LUCAS

TELEPHONE NUMBER: (202) 514-7912
DATE: August 28, 2007

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 16
District of Origin No.: 16
District to Serve No.: 54
Signature of Authorized USMS Deputy or Clerk
Date: 8/28/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Joanne Kelly, Legal Svcs. Assistant

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/1/07
Time: 2:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

RECEIVED 2007 OCT -9 P 2:25 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|