IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>            Plaintiff,       )<br>                              )<br>       v.                     )<br>                              )<br>Any and all Funds in Wachovia )<br>Securities L.L.C.             )<br>Account # 5528-1064           )<br>                              )<br>and                           )<br>                              )<br>Any and all Funds in Wachovia )<br>Securities L.L.C.             )<br>Account # 5528-0981           )<br>            Defendants        )<br>_____) | Civil Action No. 07-1523 (CKK) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER**

Claimants Martin McLaren and Patricia McLaren move the Court for an order enlarging the time in which Claimants may file an Answer in this case, to January 4, 2008. The Government consents to this Motion.

WHEREFORE, Claimants respectfully request that the Court enter an order enlarging the time in which Defendant may file a responsive pleading by 44 days, until and including January 4, 2008.

Dated: November 19, 2007

Respectfully submitted,

     /s/Kirby D. Behre

Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

Civil Action No. 07-1523

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Answer was served November 19, 2007, by regular mail upon Diane G. Lucas, Assistant United States Attorney, United State's Attorney's Office, 555 4th Street, N.W., Room 4822, Washington, DC 20530.

      /s/Kirby D. Behre
Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|             Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 07-1523 (CKK) |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-1064 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-0981 | ) | |
|             Defendants | ) | |
| _____ | ) | |

**ORDER**

This matter comes before the Court on Claimants Martin McLaren's and Patricia McLaren's Unopposed Motion to Extend Time To Filing Responsive Pleadings. This Court has reviewed Defendant's Motion, and upon consideration thereof, it is hereby

ORDERED that Defendant's Motion is GRANTED in its entirety and that Claimants may timely file its responsive pleadings to the Complaint, at any time until and including November 21, 2007.

_____

Judge Gladys Kessler
United States District Court
for the District of Columbia