IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1523 (CKK) |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-1064 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-0981 | ) | |
| Defendants | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER**

Claimants Martin McLaren and Patricia McLaren move the Court for an order enlarging

the time in which Claimants may file an Answer in this case, to February 19, 2008.  Counsel for

Claimants have consulted with counsel for the Government, and the Government consents to the

requested extension.

Dr. McLaren is currently involved in ongoing plea negotiations with the United States

Department of Justice, the outcome of which will affect portions of Claimants Answer in this

case.  Because plea negotiations slowed during the Christmas and New Year's holiday period,

negotiations were not completed as quickly as originally anticipated by the parties, and therefore

Claimants respectfully request a 46 day extension of time to file an Answer in this case.

WHEREFORE, Claimants respectfully request that the Court enter an order enlarging the time in which Defendant may file a responsive pleading by 46 days, until and including February 19, 2008.

Dated: December 31, 2007

Respectfully submitted,

    /s/Kirby D. Behre

Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

Civil Action No. 07-1523

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to

Extend Time to File Answer was served December 31, 2007, by regular mail upon Diane G.

Lucas, Assistant United States Attorney, United State's Attorney's Office, 555 4th Street, N.W.,

Room 4822, Washington, DC 20530.

        /s/Kirby D. Behre
Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal
PAUL, HASTINGS, JANOFSKY &
      WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1523 (CKK) |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-1064 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-0981 | ) | |
| Defendants | ) | |
| _____ | ) | |

**<u>ORDER</u>**

This matter comes before the Court on Claimants Martin McLaren's and Patricia

McLaren's Unopposed Motion to Extend Time To Filing Responsive Pleadings.  This Court has

reviewed Claimants' Motion, and upon consideration thereof, it is hereby

ORDERED that Claimants' Motion is GRANTED in its entirety and that Claimants may

timely file their Answer to the Complaint, at any time until and including February 19, 2008.

_____

Judge Colleen Kollar-Kotelly
United States District Court
for the District of Columbia