IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>        Plaintiff,      )<br>                                )<br>     v.                         )<br>                                )<br>Any and all Funds in Wachovia   )<br>Securities L.L.C.               )<br>Account # 5528-1064             )<br>                                )<br>and                             )<br>                                )<br>Any and all Funds in Wachovia   )<br>Securities L.L.C.               )<br>Account # 5528-0981             )<br>        Defendants      )<br>_____ ) | Civil Action No. 07-1523 (CKK) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER**

Claimants Martin McLaren and Patricia McLaren move the Court for an order enlarging the time in which Claimants may file an Answer in this case, to March 20, 2008.  Counsel for Claimants have consulted with counsel for the Government, and the Government consents to the requested extension.

A plea hearing that was set for February 13, 2008 was postponed until February 21, 2008. Because the outcome of the plea hearing will affect portions of Claimants Answer in this case, Claimants respectfully request a 30 day extension of time to file an Answer in this case.

WHEREFORE, Claimants respectfully request that the Court enter an order enlarging the time in which Defendant may file a responsive pleading by 30 days, until and including March 20, 2008.

Dated: February 15, 2008

Respectfully submitted,

/s/Kirby D. Behre

Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

Civil Action No. 07-1523

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Answer was served February 15, 2008, via ECF and by regular mail upon Diane G. Lucas, Assistant United States Attorney, United State's Attorney's Office, 555 4th Street, N.W., Room 4822, Washington, DC 20530.

      /s/Kirby D. Behre
Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal
PAUL, HASTINGS, JANOFSKY &
    WALKER L.L.P.
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

LEGAL_US_E # 78312767.2 70788.00002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>               Plaintiff,            )<br>                                     )<br>     v.                              )<br>                                     )<br>Any and all Funds in Wachovia        )<br>Securities L.L.C.                    )<br>Account # 5528-1064                  )<br>                                     )<br>and                                  )<br>                                     )<br>Any and all Funds in Wachovia        )<br>Securities L.L.C.                    )<br>Account # 5528-0981                  )<br>               Defendants            )<br>_____)  | Civil Action No. 07-1523 (CKK) |

## **ORDER**

This matter comes before the Court on Claimants Martin McLaren's and Patricia McLaren's Unopposed Motion to Extend Time To Filing Responsive Pleadings. This Court has reviewed Claimants' Motion, and upon consideration thereof, it is hereby

ORDERED that Claimants' Motion is GRANTED in its entirety and that Claimants may timely file their Answer to the Complaint, at any time until and including March 20, 2008.

_____

 Judge Colleen Kollar-Kotelly
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA