IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>          Plaintiff,          )<br>                                        )<br>     v.                                )<br>                                        )<br>Any and all Funds in Wachovia     )<br>Securities L.L.C.                    )<br>Account # 5528-1064              )<br>                                        )<br>and                                   )<br>                                        )<br>Any and all Funds in Wachovia     )<br>Securities L.L.C.                    )<br>Account # 5528-0981              )<br>          Defendants             )<br>_____) | Civil Action No. 07-1523 (CKK) |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER**

Claimants Martin McLaren and Patricia McLaren move the Court for an order enlarging the time in which Claimants may file an Answer in this case, to July 11, 2008 . Counsel for Claimants have consulted with counsel for the Government, and the Government consents to the requested extension.

A plea agreement between Claimant Martin McLaren and the Government has been conditionally accepted by Your Honor in criminal case number 08-16. Because the ultimate outcome of the plea agreement will affect portions of Claimants Answer in this case, Claimants respectfully request a 113 day extension of time, until July 11, 2008, the date of sentencing in criminal case number 08-16, to file an Answer in this case.

WHEREFORE, Claimants respectfully request that the Court enter an order enlarging the time in which Defendant may file a responsive pleading by 113 days, until and including July 11, 2008.

Respectfully submitted,

      /s/Kirby D. Behre

Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal (DC Bar # 500855)
PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

Dated: March 18, 2008

Civil Action No. 07-1523

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Answer was served March 18, 2008, via ECF and by regular mail upon Diane G. Lucas, Assistant United States Attorney, United State's Attorney's Office, 555 4th Street, N.W., Room 4822, Washington, DC 20530.

      /s/Kirby D. Behre
Kirby D. Behre (DC Bar # 398461)
Stephanie K. Rosenthal (DC Bar # 500855)
PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
875 15th Street, NW
Washington, DC  20005
(202) 551-1700 (o)
(202) 551-0171 (f)

LEGAL_US_E # 78312767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|           Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 07-1523 (CKK) |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-1064 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Any and all Funds in Wachovia | ) | |
| Securities L.L.C. | ) | |
| Account # 5528-0981 | ) | |
|           Defendants | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on Claimants Martin McLaren's and Patricia McLaren's Unopposed Motion to Extend Time To Filing Responsive Pleadings. This Court has reviewed Claimants' Motion, and upon consideration thereof, it is hereby

ORDERED that Claimants' Motion is GRANTED in its entirety and that Claimants may timely file their Answer to the Complaint, at any time until and including July 11, 2008.

                                                                         Judge Colleen Kollar-Kotelly
                                                                      UNITED STATES DISTRICT COURT
                                                                      FOR THE DISTRICT OF COLUMBIA