## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-01523 (CKK)** |
| | ) | |
| **ANY AND ALL FUNDS IN** | ) | |
| **WACHOVIA SECURITIES L.L.C.** | ) | |
| **Account # 5528-1064, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ———————————————— | ) | |
| | ) | |
| **MARTIN MCLAREN,** | ) | |
| **PATRICIA MCLAREN,** | ) | |
| | ) | |
| **Claimants.** | ) | |
| ———————————————— | ) | |

### STIPULATION OF SETTLEMENT

***COMES NOW***, plaintiff the United States of America, by and through its attorney, the

United States Attorney for the District of Columbia, together with claimants, Martin McLaren

and Patricia McLaren, by and through their counsel, Mr. Kirby D. Behre, Esquire, respectfully to

notify the Court that all parties to this case have assented to the terms of an agreement that will

dispose of all issues contested between them in this civil forfeiture action brought *in rem* against

defendants:  (1) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064; and

(2) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981.  The Court's

endorsement of this Stipulation of Settlement and issuance of the attached proposed Final Order

of Forfeiture should result in this case's dismissal.[1]

---

[1]  On August 27, 2007, plaintiff commenced this civil forfeiture action *in rem* against the
defendant properties, any and all funds in Wachovia Securities L.L.C. account ## 5528-1064 and

The terms of the Stipulation of Settlement reached between the parties are as follows:

1. In consideration of the United States' agreement to limit forfeiture to the terms specified in the criminal case, claimants agree not to contest the civil forfeiture of the *in rem* defendants herein and to consent to an entry of a Final Order of Forfeiture.[2]

2. Defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-1064, held in the name of Patricia McLaren, is frozen in the custody of Wachovia Securities L.L.C., and has identification number, 07-FBI-004184. Claimants hereby consent to the Court's entry of the attached proposed Final Order of Forfeiture regarding the defendant, Any and All Funds in

---

528-0981, held in the names of Patricia McLaren and Martin McLaren. On July 2, 2007, the *in rem* defendants were seized by being frozen at Wachovia Securities L.L.C., pursuant to a seizure warrant issuing from this Court. <u>See</u> Document No. 1 at ¶ 4, and Case Nos. 07-333-M-01 and 07-334-M-01. On October 1, 2007, the *in rem* defendants were "served" with a copy of the arrest warrant. <u>See</u> Document No. 7. The United States sent direct notice of the seizures and forfeiture action to Martin and Patricia McLaren. The United States also published notice of the seizures and this forfeiture action in <u>The Washington Times</u> on October 18, 2007, October 25, 2007, and November 1, 2007, in full compliance of the applicable local, federal, and supplemental rules of procedure for giving public notice of this action. <u>See</u> attached Exhibit A.

On October 2, 2007, Martin McLaren filed a verified claim regarding one defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-0981. <u>See</u> Document No. 6. On October 2, 2007, Patricia McLaren filed a verified claim regarding the other defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-1064. <u>See</u> Document No. 5. The Court's docket sheet reflects that no other person filed a claim, and the time for doing so has expired. Thus, no other person properly may enter this case or become a party to it. The United States (plaintiff), and claimants Martin McLaren and Patricia McLaren (on behalf of the *in rem* defendants) are the only parties to this action. Thus, this Stipulation of Settlement and entry of the Final Order of Forfeiture, which the parties request, will resolve all contested issues and dispose of this action entirely.

[2] Claimants' assets already administratively forfeited or part of a pending administrative forfeiture action are not subject to this agreement.

Wachovia Securities L.L.C. Account # 5528-1064.[3]  Claimants agree that the custodian of the defendant Any and All Funds in Wachovia Securities L.L.C. Account # 5528-1064, Wachovia Securities L.L.C., may release the funds in the account to an agent of plaintiff's, upon service of the Court's Final Order of Forfeiture.

3.  Defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-0981, held in the name of Martin McLaren, is frozen and in the custody of Wachovia Securities L.L.C., and has identification number, 07-FBI-004185.  Claimants hereby consent to the Court's entry of the attached proposed Final Order of Forfeiture regarding the defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-0981.[4]  Claimants agree that the custodian of the defendant Any and All Funds in Wachovia Securities L.L.C. Account # 5528-0981, Wachovia Securities L.L.C., may release the funds in the account to an agent of plaintiff's, upon service of the Court's Final Order of Forfeiture.

4.  Claimants Martin McLaren and Patricia McLaren agree that this Court may order the forfeiture to plaintiff of the *in rem* defendants, and consent to the proposed Final Order of Forfeiture attached hereto.

5.  Claimants further agree to waive forever any present or future right to bring any suit against the United States, and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the *in rem* defendants or to this federal forfeiture action against the *in rem* defendants, or to the underlying facts of this case.

---

[3]  In this case, claimant Martin McLaren has not asserted a claim or interest in the defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-1064.

[4]  In this case, claimant Patricia McLaren has not asserted a claim or interest in the defendant, Any and All Funds in Wachovia Securities L.L.C. Account # 5528-0981.

6.   The parties agree that each shall bear its own court costs and legal expenses, and that no party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

7.   In making this Stipulation of Settlement, the parties represent that:  (1) they had a reasonable time to consider its terms and conditions; (2) they make this Stipulation of Settlement voluntarily, with full knowledge of its significance, effects, and consequences, and without duress, threat, coercion, intimidation, promise, or inducement other than the terms and conditions set forth herein; and (3) the signatories for claimants and the United States are authorized to execute this Stipulation of Settlement and have full authority to bind the party represented.

8.   The parties acknowledge that this Stipulation of Settlement sets forth their full and complete understanding about the resolution of this judicial action and the claims raised in it.  By executing this Stipulation of Settlement, the parties further acknowledge that they each understand its terms; that such terms are acceptable to each; that there are no additional obligations, either written or oral, to be performed by any party beyond those set forth herein; that such terms are final and binding as to all claims that have been brought or could have been advanced on behalf of claimants against plaintiff or in relation to defendants on behalf of claimants against the United States of America or in relation to defendants: (1) Any and All Funds in Wachovia Securities L.L.C. Account # 5528-1064; and (2) Any and All Funds in Wachovia Securities L.L.C. Account # 5528-0981.  To effectuate the terms of this Stipulation of Settlement, and the forfeiture of the *in rem* defendants, and to record the Court's approval, the parties ask this Court to enter the attached Final Order of Forfeiture in the form proposed.

4

WE ASK FOR THIS:


\_\_\_/s/_____
JEFFREY A. TAYLOR, Bar No. 498610
United States Attorney


\_\_\_/s/_____
WILLIAM R. COWDEN, Bar No. 426301
DIANE G. LUCAS, Bar No. 443610
Assistant United States Attorneys
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0258 (Cowden)
(202) 514-7912 (Lucas)
Diane.Lucas@usdoj.gov


\_\_\_/s/_____
KIRBY D. BEHRE, Esq., Bar No. 398461
Counsel for Claimants
Martin McLaren and Patricia McLaren


\_\_\_/s/_____
Martin McLaren, Claimant


\_/s/ _____
Patricia McLaren, Claimant

EXHIBIT A

## AFFIDAVIT OF PUBLICATION

<u>AD# 10170669</u>

Personally appeared before me, <u>FAITH H. ALLBRITTON,</u>
a Notary Public in and for the District of Columbia

<u>CARL S. JOHNSON</u> who is being duly sworn according to law, an oath says that he is
an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

## The Washington Times

Circulated daily, in the City of Washington, District of Columbia,
and that the advertisement, of which the annexed is a true copy was
published in said newspaper  3  time(s) on the following dates:

<u>2007 OCTOBER 18, 25; NOVEMBER 1</u>

at the rate of  $ 2.91  per line.

Total Cost $ 506.34  Dollars

Subscribed and sworn to before me

<u>NOVEMBER 1, 2007</u>

Notary Public _Faith H. Allbritton_

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled *United States v. Any and All Funds in Wachovia Securities LLC Account# XXX-1064 and Account #XXXX-0981*, the United States Marshal Service for the State of New York arrested on October 1, 2007, Any and All Funds in Wachovia Securities LLC Account #XXXX-1064 and Account#XXXX-0981, property described above in the Civil Action #07cv1523 (CKK) and filed on August 27, 2007, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C. § 1347 and 18 U.S.C. § 981(a)(1)(C) and which action request that the said property be seized for condemnation and confiscation and request such costs and disbursement as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of the (1) receiving actual notice for the execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney of the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Diane Lucas, Assistant United States Attorney, 555 Fourth Street, N.W., Washington D.C., 20530.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| **v.**   ) | **Civil Action No. 07-01523 (CKK)** |
| ) | |
| **ANY AND ALL FUNDS IN**   ) | |
| **WACHOVIA SECURITIES L.L.C.**   ) | |
| **Account # 5528-1064,** *et al.,*   ) | |
| ) | |
| **Defendants.**   ) | |
| _____) | |
| ) | |
| **MARTIN MCLAREN,**   ) | |
| **PATRICIA MCLAREN,**   ) | |
| ) | |
| **Claimants.**   ) | |
| _____) | |

**<u>FINAL ORDER OF FORFEITURE</u>**

Plaintiff the United States of America, by and through its attorney, the United States

Attorney for the District of Columbia, together with claimants, Martin McLaren and Patricia

McLaren, by and through their counsel, Mr. Kirby D. Behre, Esquire, have notified the Court

through a Stipulation of Settlement that the parties have agreed to settle this civil forfeiture

action.

The record in this case reflects that notice of this civil forfeiture action against the *in rem*

defendants:  (1) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064; and

(2) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, which were seized

on July 2, 2007, was published in <u>The Washington Times</u> on October 18, 2007, October 25,

2007, and November 1, 2007, in full compliance with the applicable local, federal, and

supplemental rules of procedure for giving such notice.  Martin McLaren and Patricia McLaren

were the only persons who filed claims in this case.  Therefore, the Stipulation of Settlement resolves all controverted issues in this case.

The Court having reviewed the Stipulation of Settlement finds that its approval is in the interests of justice.

**NOW THEREFORE**, in consideration of the entire record in this case and the consent and agreement between the United States and claimants, and in final resolution of all remaining contested issues as to right, title, and interest to the defendants, Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064, and Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that the Stipulation of Settlement is accepted and approved,

**FURTHER ORDERED**, that the *in rem* defendants, Wachovia Securities, L.L.C. Account # 5528-1064, and Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, together with any interest or other such funds attributable to them, is hereby adjudged and decreed forfeit to plaintiff United States to be disposed of in accordance with law; and it is

**FURTHER ORDERED**, that Wachovia Securities L.L.C., upon service of this Order, shall release the *in rem* defendants:  (1) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064; and (2) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, to plaintiff United States of America, by providing a check made payable to the United States Marshals Service or by wire transfer to the United States Marshals Service, for the amount of the funds in the accounts, and it is

**FURTHER ORDERED**, that the above-captioned case is DISMISSED, except that the

2

Court shall retain jurisdiction to enforce the provisions of the Stipulation of Settlement.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record

and to the United States Marshals Service.

ENTERED on this _____ day of _____, 2008.


_____
COLLEEN KOLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


copies to:

William R. Cowden
Diane G. Lucas
Assistant United States Attorneys
555 4th Street, N.W., 4th Floor
Washington, D.C. 20001
(202) 514-7912
(202) 514-8707 (fax)
Diane.Lucas@USDoJ.Gov

Kirby D. Behre, Esq.,
Paul Hastings
875 15th Street, N.W.,
Washington, D.C. 20005