IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-01523 (CKK) |
| ) | |
| ANY AND ALL FUNDS IN ) | |
| WACHOVIA SECURITIES L.L.C. ) | **FILED** |
| Account # 5528-1064, *et al.*, ) | |
| ) | JUL 1 0 2008 |
| Defendants. ) | |
| _____ ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| MARTIN MCLAREN, ) | |
| PATRICIA MCLAREN, ) | |
| ) | |
| Claimants. ) | |
| _____ ) | |

## FINAL ORDER OF FORFEITURE

Plaintiff the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with claimants, Martin McLaren and Patricia McLaren, by and through their counsel, Mr. Kirby D. Behre, Esquire, have notified the Court through a Stipulation of Settlement that the parties have agreed to settle this civil forfeiture action.

The record in this case reflects that notice of this civil forfeiture action against the *in rem* defendants: (1) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064; and (2) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, which were seized on July 2, 2007, was published in The Washington Times on October 18, 2007, October 25, 2007, and November 1, 2007, in full compliance with the applicable local, federal, and supplemental rules of procedure for giving such notice. Martin McLaren and Patricia McLaren

(N)

were the only persons who filed claims in this case. Therefore, the Stipulation of Settlement resolves all controverted issues in this case.

The Court having reviewed the Stipulation of Settlement finds that its approval is in the interests of justice.

***NOW THEREFORE***, in consideration of the entire record in this case and the consent and agreement between the United States and claimants, and in final resolution of all remaining contested issues as to right, title, and interest to the defendants, Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064, and Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, it is hereby

***ORDERED, ADJUDGED AND DECREED***, that the Stipulation of Settlement is accepted and approved,

***FURTHER ORDERED***, that the *in rem* defendants, Wachovia Securities, L.L.C. Account # 5528-1064, and Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, together with any interest or other such funds attributable to them, is hereby adjudged and decreed forfeit to plaintiff United States to be disposed of in accordance with law; and it is

***FURTHER ORDERED***, that Wachovia Securities L.L.C., upon service of this Order, shall release the *in rem* defendants: (1) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-1064; and (2) Any and All Funds in Wachovia Securities, L.L.C. Account # 5528-0981, to plaintiff United States of America, by providing a check made payable to the United States Marshals Service or by wire transfer to the United States Marshals Service, for the amount of the funds in the accounts, and it is

***FURTHER ORDERED***, that the above-captioned case is DISMISSED, except that the

Court shall retain jurisdiction to enforce the provisions of the Stipulation of Settlement.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record and to the United States Marshals Service.

ENTERED on this 10th day of July, 2008.

_____
COLLEEN KOLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

copies to:

William R. Cowden
Diane G. Lucas
Assistant United States Attorneys
555 4th Street, N.W., 4th Floor
Washington, D.C. 20001
(202) 514-7912
(202) 514-8707 (fax)
Diane.Lucas@USDoJ.Gov

Kirby D. Behre, Esq.,
Paul Hastings
875 15th Street, N.W.,
Washington, D.C. 20005